UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

Holding a Criminal Term

Grand Jury Sworn in on May 3, 2018

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | CRIMINAL NO. |
| v. | : | GRAND JURY ORIGINAL |
| JOHNNY GRIFFIN CARTER, | : | VIOLATIONS: |
| | : | 18 U.S.C. § 1951 |
| Defendant. | : | (Interference with Interstate Commerce by Robbery) |
| | : | 18 U.S.C. § 924(c)(1)(A)(ii) |
| | : | (Using, Carrying, Brandishing, and Possessing a Firearm During a Crime of Violence) |
| | : | 18 U.S.C. § 922(g)(1) |
| | : | (Unlawful Possession of a Firearm by a Person Convicted of a Crime Punishable by Imprisonment for a Term Exceeding One Year) |
| | : | |
| | : | FORFEITURE: 18 U.S.C. § 981(a)(1)(C); 18 U.S.C. § 924(d); 21 U.S.C. § 853(p); and 28 U.S.C. § 2461 |

**INDICTMENT**

Case: 1:19-cr-00039
Assigned To : Judge Walton, Reggie B.
Assign. Date : 2/7/2019
Description: INDICTMENT (B)

The Grand Jury charges that:

**COUNT ONE**

On or about January 18, 2019, in the District of Columbia, **JOHNNY GRIFFIN CARTER**, did unlawfully obstruct, delay and affect, commerce, as that term is defined in Title 18, United States Code, Section 1951, and the movement of articles and commodities in such commerce, by robbery, as that term is defined in Title 18, United States Code, Section 1951, in that defendant, **JOHNNY GRIFFIN CARTER**, did unlawfully take and obtain personal property consisting of United States currency belonging to the CVS Pharmacy, located at 500 12th Street,

S.E., Washington, D.C., from the presence of an employee against her will by means of actual and threatened force, violence, and fear of injury, immediate and future, to her person, while the employee was engaged in commercial activities as an employee of CVS Pharmacy, a business that was engaged in and that affects interstate commerce.

(**Interference with Interstate Commerce by Robbery**, in violation of Title 18, United States Code, Section 1951)

## COUNT TWO

On or about January 18, 2019, within the District of Columbia, **JOHNNY GRIFFIN CARTER**, did unlawfully and knowingly use, carry, and brandish, during and in relation to, and possess in furtherance of, a crime of violence, for which he may be prosecuted in a court of the United States, that is, Count One of this Indictment which is incorporated herein, a firearm, that is, a .45 caliber handgun.

(**Using, Carrying, Brandishing, and Possessing a Firearm During a Crime of Violence**, in violation of Title 18, United States Code, Section 924(c)(1)(A)(ii))

## COUNT THREE

On or about January 18, 2019, within the District of Columbia, defendant **JOHNNY GRIFFIN CARTER**, having been convicted of a crime punishable by imprisonment for a term exceeding one year, in the Circuit Court for Howard County, Criminal Case No. 13K00038919, the Circuit Court for Prince George's County, Criminal Case No. CT992079X, and the Circuit Court for Montgomery County, Criminal Case No. 87250C, within the State of Maryland and in the Superior Court for the District of Columbia, Criminal Case Nos. 1986-FEL-002740 and 1986-FEL-001665, did unlawfully and knowingly receive and possess a firearm, that is, a .45 caliber handgun and did unlawfully and knowingly receive and possess ammunition, that is .45 caliber

ammunition, which had been possessed, shipped and transported in and affecting interstate and foreign commerce.

**(Unlawful Possession of a Firearm by a Person Convicted of a Crime Punishable by Imprisonment for a Term Exceeding One Year**, in violation of Title 18, United States Code, Section 922(g)(1))

## FORFEITURE ALLEGATION

1. Upon conviction of the offense alleged in Count One of this Indictment, the defendant shall forfeit to the United States, any property, real or personal, which constitutes or is derived from proceeds traceable to this offense, pursuant to 18 U.S.C. § 981(a)(1)(C) and 28 U.S.C. § 2461(c). The property subject to forfeiture includes a forfeiture money judgment equal to the value of any property, real or personal, which constitutes or is derived from proceeds traceable to this offense.

2. Upon conviction of the offenses alleged in Counts Two and/or Three of this indictment, the defendant shall forfeit to the United States, pursuant to Title 18, United States Code, Section 924(d) and Title 28, United States Code, Section 2461(c), any firearms and ammunition involved in or used in the knowing commission of the offenses, including but not limited to a .45 caliber handgun and ammunition.

3. If any of the property described above as being subject to forfeiture, as a result of any act or omission of the defendant:

    (a) cannot be located upon the exercise of due diligence;

    (b) has been transferred or sold to, or deposited with, a third party;

    (c) has been placed beyond the jurisdiction of the Court;

    (d) has been substantially diminished in value; or

(e)   has been commingled with other property that cannot be divided without difficulty;

the defendant shall forfeit to the United States any other property of the defendant, up to the value of the property described above, pursuant to 21 U.S.C. § 853(p) and Title 28, United States Code, Section 2461(c).

(**Criminal Forfeiture**, pursuant to Title 18, United States Code, Sections 981(a)(1)(C) and 924(d), Title 21, United States Code, Section 853(p), and Title 28, United States Code, Section 2461)

A TRUE BILL:


FOREPERSON.

*Jessie K Liu*
Attorney of the United States in
and for the District of Columbia