UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | : |
| v. | : Criminal No. 19-CR-39 (RBW) |
| JOHNNY GRIFFIN CARTER, | : |
| Defendant. | : |

## NOTICE OF WITHDRAWAL

The United States of America by and through its attorney, the United States Attorney for the District of Columbia, informs the Court that former Assistant United States Attorney Matthew Robert Palmer-Ball, is terminating his appearance as counsel of record in this matter. AUSA Kaitlin Vaillancourt remains counsel for the United States.

Respectfully submitted,

TIMOTHY J. SHEA
United States Attorney
D.C. Bar No. 437437

____/s/_____
KAITLIN A. VAILLANCOURT
Assistant United States Attorney
D.C. Bar No. 1027737
555 4th Street, NW, Room 4207
Washington, DC 20530
(202) 252-2421
Kaitlin.Vaillancourt@usdoj.gov